**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
CAROL A MARSHALL
MITZY C MARSHALL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  13-27986RG

HEARING DATE:  10/16/2013

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- Debtor has failed to provide proof of current income.
   Specifically, $1200 in rental income.

- Schedule D must include all mortgages. Statment of financial affairs says "None". Schedule J omits realty taxes and some mortgage payments. The plan omits the 2 Bayview mortgages.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  September 26, 2013

By:   /S/Marie-Ann Greenberg
     Marie-Ann Greenberg, Esquire
     Chapter 13 Standing Trustee