| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.:  13-27986 |
| IN RE:<br>　　CAROL A MARSHALL<br>　　MITZY C MARSHALL | Hearing Date:  11/20/2013<br><br>Judge:  ROSEMARY GAMBARDELLA |

Order Filed on 12/5/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: 12/5/2013**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  CAROL A MARSHALL
            MITZY C MARSHALL

Case No.: 13-27986RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/20/2013 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/20/2013 of the plan filed on 08/15/2013, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/22/2013 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to December 18, 2013 at 9:00 am.

2

*Approved by Judge Rosemary Gambardella   December  05, 2013*