| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br><br>   CAROL A MARSHALL<br>   MITZY C MARSHALL |

Order Filed on
3/13/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:  **13-27986RG**

Hearing Date:  3/5/2014

Judge:  ROSEMARY GAMBARDELLA

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: 3/13/2014**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  CAROL A MARSHALL
            MITZY C MARSHALL

Case No.:  13-27986RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 03/05/2014 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the debtor must file a pre-confirmation certification by 3/10/2014 or the instant case will be dismissed without further hearings or notice to debtor(s) and debtor(s)' attorney; and it is further
- ORDERED, that the debtor(s) must file a modified plan by 3/10/2014 or the instant case will be dismissed without further hearings or notice to debtor(s) and debtor(s)' attorney; and it is further
- ORDERED, that the debtor(s) must file an amended schedule D,I, and Statement of Financial Affairs by 3/10/2014 or the instant case will be dismissed without further hearings or notice to debtor(s) and debtor(s)' attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 4/2/2014 at 9:00 am.

*Approved by Judge Rosemary Gambardella   March  13, 2014*